UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.  12-cv-335-AP

JONATHAN HEINY

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Hull & Zimmerman, P.C.
Michael P. Zimmerman, Esq.
11178 Huron Street, Unit 2
Northglenn, CO 80234
Phone:  303-423-1770
Facsimile:  303-423-2102
Email:  mike@hzinjurylaw.com

<u>For Defendant:</u>
Jessica Milano, Esq.
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Phone: 303-844-7136
Facsimile: 303-844-0770
E-mail: Jessica.Milano@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:**
   February 8, 2012

   B. **Date Complaint Was Served on U.S. Attorney's Office:**
   February 13, 2012

   C. **Date Answer and Administrative Record Were Filed:**
   April 13, 2012

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The record is adequate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   No additional evidence is anticipated.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   This matter does not involve any unusual claims or defenses.

7. **OTHER MATTERS**

   Not applicable.

8. **BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief Due:**
   June 8, 2012

   B. **Defendant's Response Brief Due:**
   July 9, 2012

   C. **Plaintiff's Reply Brief (If Any) Due:**
   July 24, 2012

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:**

   Plaintiff believes that an oral argument would be appropriate.

 **B.**  **Defendant's Statement:**

   Please note that Defendant does not request oral argument.

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

 **A.** **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

 **B.** **(x)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.** **OTHER MATTERS**

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   DATED this 3rd day of May, 2012.

              BY THE COURT:

              *s/John L. Kane*
              U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| *Original signature on file at the office Of Hull & Zimmerman, P.C.* | *Original signature on file at the Office of the General Counsel* |
| /s/ Michael P. Zimmerman | /s/ Jessica Milano |
| HULL & ZIMMERMAN, P.C. | By:  JESSICA MILANO |
| MICHAEL P. ZIMMERMAN | Special Assistant United States Attorney |
| 11178 Huron Street, Unit 2 | Assistant Regional Counsel |
| Northglenn, CO 80234 | Office of the General Counsel |
| Telephone:  303-423-1770 | Social Security Administration |
| mike@hzinjurylaw.com | 1001 Seventeenth Street |
| Attorneys for Plaintiff | Denver, CO 80202 |
| | Telephone:  303-844-7136 |
| | Jessica.milano@ssa.gov |
| | Attorneys for Defendant |