UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.  12-cv-335-AP

JONATHAN HEINY

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Hull & Zimmerman, P.C.
Michael P. Zimmerman, Esq.
11178 Huron Street, Unit 2
Northglenn, CO 80234
Phone:  303-423-1770
Facsimile:  303-423-2102
Email:  mike@hzinjurylaw.com

For Defendant:
Jessica Milano, Esq.
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Phone: 303-844-7136
Facsimile: 303-844-0770
E-mail: Jessica.Milano@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

**A.      Date Complaint Was Filed:**
February 8, 2012

**B.      Date Complaint Was Served on U.S. Attorney's Office:**
February 13, 2012

**C.      Date Answer and Administrative Record Were Filed:**
April 13, 2012

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is adequate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

No additional evidence is anticipated.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This matter does not involve any unusual claims or defenses.

**7.      OTHER MATTERS**

Not applicable.

**8.      BRIEFING SCHEDULE**

**A.      Plaintiff's Opening Brief Due:**
June 8, 2012

**B.      Defendant's Response Brief Due:**
July 9, 2012

**C.      Plaintiff's Reply Brief (If Any) Due:**
July 24, 2012

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.      Plaintiff's Statement:**

Plaintiff believes that an oral argument would be appropriate.

**B.      Defendant's Statement:**

Please note that Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.      (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.      (x)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

DATED this 3rd day of May, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                              UNITED STATES ATTORNEY
*Original signature on file at the office*          *Original signature on file at the Office of*
*Of Hull & Zimmerman, P.C.*                       *the General Counsel*

/s/ Michael P. Zimmerman                      /s/ Jessica Milano
HULL & ZIMMERMAN, P.C.                    By:  JESSICA MILANO
MICHAEL P. ZIMMERMAN                     Special Assistant United States Attorney
11178 Huron Street, Unit 2                      Assistant Regional Counsel
Northglenn, CO 80234                             Office of the General Counsel
Telephone:  303-423-1770                       Social Security Administration
mike@hzinjurylaw.com                           1001 Seventeenth Street
Attorneys for Plaintiff                             Denver, CO 80202
                                                          Telephone:  303-844-7136
                                                          Jessica.milano@ssa.gov
                                                          Attorneys for Defendant