IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00335-WYD

JONATHAN HEINY,

   Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

   Defendant.[1]

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order filed on March 25, 2013 by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that this case is REVERSED AND REMANDED to the Commissioner for further fact finding as directed in this Order pursuant to sentence four in 42 U.S.C. § 405(g).

Plaintiff may have his costs upon the filing of a Bill of Costs within fourteen days of entry of judgment.

DATED at Denver, Colorado this 25th day of March, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk

---

[1] Carolyn W. Colvin, as of Feb. 14, 2013, has been named as the Acting Commissioner of the Social Security Administration.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is automatically substituted for Michael J. Astrue as the defendant in this suit.

-1-