IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00335-WYD

JONATHAN HEINY,

    Plaintiff,

v.

CAROLYN W. CLOVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

    THIS MATTER comes before the Court on Plaintiff's Motion for Attorney's Fees Under EAJA filed on April 2, 2013.  Plaintiff requests an award of attorney's fees under the Equal Access to Justice Act ["EAJA"] in the amount of $1,896.25 payable to Plaintiff's attorney.

    A response was filed by the Commissioner on April 17, 2013.  The Commissioner does not object to an award of attorney's fees to Plaintiff under the EAJA in the amount requested.  She objects only to the request in the motion that the fee award be made payable directly to Plaintiff's counsel.

    I grant in part and deny in part Plaintiff's motion.  I find that the fees requested by Plaintiff are proper under the EAJA and are reasonable in amount.  Thus, I grant Plaintiff's request for an award of attorney fees under the EAJA in the amount of $1,896.25.  However, I deny the motion to the extent it requests that the fee award be

made payable to Plaintiff's counsel.  I agree with the Commissioner that an award of fees under the EAJA must be made payable to the Plaintiff.  Accordingly, it is

ORDERED that Plaintiff's Motion for Attorney's Fees Under EAJA (ECF No. 22) is **GRANTED IN PART AND DENIED IN PART**.  Plaintiff is awarded attorney fees under the EAJA in the amount of **$1,896.25**, payable to the Plaintiff.

Dated:  July 3, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge